IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN LUIS LEONOR, | ) | 4:04CV3330 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| FRED BRITTEN, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes on before the Court on Filing 58, the Defendants' Motion for Leave to Depose.

**IT IS HEREBY ORDERED** that the motion of the Defendants for leave to take the deposition of Plaintiff, Juan Luis Leonor, is granted. Such deposition may be taken as arranged by counsel at a time and place agreeable to the administration of the penal facility wherein Plaintiff is housed.

DATED this 9th day of August, 2005.

BY THE COURT:

S/F.A. Gossett
United States Magistrate Judge

1