IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN LUIS LEONOR, ) | |
| ) | 4:04CV3330 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| FRED BRITTEN, et al., ) | |
| ) | |
| Defendants. ) | |

    This matter is before the court on filing no. 60, the motion for a protective order, filed by the defendants. After review of the record, filing no. 60 is denied. The defendants must answer the plaintiff's questions in accordance with the rules.

    SO ORDERED.

    DATED this 11th day of August, 2005.

                                          BY THE COURT:

                                          s/F.A. GOSSETT
                                          United States Magistrate Judge