IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN LUIS LEONOR, | ) | 4:04CV3330 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ***ORDER*** |
| FRED BRITTEN, ET AL., | ) ) ) | |
| Defendants. | ) | |

    This matter comes on before the Court on Filing 66, the Defendants' Motion for Enlargement of Time and to Amend the Order Setting Schedule for Progression of Case.

    IT IS HEREBY ORDERED that the motion of the Defendants seeking enlargement of time from August 30, 2005 to September 6, 2005 to file their motion for summary judgment and to so amend the Order Setting Schedule for Progression of Case found at Filing 39, ¶ 4, is granted.

    SO ORDERED.

    DATED this 29TH day of August, 2005.

                                                  BY THE COURT:

                                                 S/ F.A. Gossett
                                                 United States Magistrate Judge

1