IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN LUIS LEONOR, | ) | 4:04CV3330 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| FRED BRITTEN, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that the Defendants' Motion for Leave to File Amended Brief in Support of Motion for Summary Judgment (Filing 76) is granted. The Defendants' Amended Brief in Support of Motion for Summary Judgment found at Filing 77 is accepted for filing instanter. The only difference between the original brief and the amended brief is that the paragraphs in the statement of facts section of the brief are numbered in the amended brief. Therefore, the Defendants shall not re-file the Index of Evidence in Support of their Motion for Summary Judgment. All references to exhibits in the Defendants' Amended Brief in Support of Motion for Summary Judgment shall be regarded as referring to the Index of Evidence found at Filing 70.

Dated this 16th day of September, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge