IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN LUIS LEONOR, | ) | 4:04CV3330 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ***ORDER*** |
| FRED BRITTEN, ET AL., | ) ) ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that Filing 87, the withdrawal of the appearance by Defendant's attorney Timothy P. Sullivan is approved and the entry of appearance by Linda L. Willard on behalf of Defendants is recognized and approved.

Dated: January 17, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge

28-125-2