IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN LUIS LEONOR, | ) | 4:04CV3330 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FRED BRITTEN, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

Considering the Defendants' Motion for Enlargement of Time to respond to the Court's Order of January 4, 2006, and that it is made in good faith the Court hereby grants the requested extension.

IT THEREFORE HEREBY IS ORDERED, Defendants are granted until January 31, 2006, to serve an answer to the Plaintiff's requests for production of documents.

Dated: January 17, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge

28-126-2